Eduardo CRUZ–URVINA, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 667, 2014

Supreme Court of Delaware.

Submitted: September 16, 2015
Decided: October 2, 2015

Court Below: Superior Court of the
State of Delaware in and for New Castle
County, No. 1306009173

AFFIRMED.

THE FIRE AND POLICE PENSION
FUND, San Antonio, Plaintiff–
Below, Appellant,

v.

ARRIS GROUP INC., Nominal
Defendant–Below,
Appellee.

No. 131, 2015

Supreme Court of Delaware.

Submitted: October 14, 2015
Decided: October 15, 2015

Court Below—Court of Chancery of the
State of Delaware, C.A. NO. 10078–VCG

AFFIRMED.

Jermaine LASTER, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 94, 2015

Supreme Court of Delaware.

Submitted: October 14, 2015
Decided: October 15, 2015

Court Below: Superior Court of the
State of Delaware, in and for New Castle
County, Cr. I.D. No. 1307014887

AFFIRMED.

Andrew TUCKER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 96, 2015

Supreme Court of Delaware.

Submitted: October 14, 2015
Decided: October 15, 2015

Court Below—Superior Court of the
State of Delaware, in and for New Castle
County, Cr. ID. No. 1309014648

AFFIRMED.